

FILED
MAR 0 1 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. __4608324 / CA26__

U.S.A.
v.
Daniel Mitchener

**ORDER TO PAY**

(this area intentionally left blank)

---

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ __465.00__          (✓) **Penalty ASSESSMENT** of $ __10.00__

(✓) **PROCESSING Fee** of $ __25.00__          for a **TOTAL AMOUNT** of $ __500.00__ ,

paid within __6 months__ days.          OR payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B.**.

(✓) REVIEW/Post Sentencing HEARING DATE: __10/4/2016__ at __9:00__ (a.m.) / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____
_____
_____

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

(✓) CENTRAL VIOLATIONS BUREAU          ( ) CLERK, U.S.D.C.          ( ) (Traffic School payments / certificates are mailed to)
    PO Box 71363                              2500 Tulare St., Rm 1501       U.S. Courts - CVB
    Philadelphia, PA 19176-1363               Fresno, CA 93721               PO Box 780549
    1-800-827-2982                            559-499-5600                   San Antonio, TX 78278-0549
                                                                             1-800-827-2982

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: __3/1/2016__                    __/s/ Jennifer L. Thurston__
                                       U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007