# United States District Court
# Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| DANIEL F. MITCHENER | Case Number: 5:16-cr-00003-JLT |
| | Pro Se |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count  1
☐ pleaded nolo contendere to counts(s) ___ which was accepted by the court.
☐ was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 43 CFR 8365.1-5(a)(3) | Use Motorized Equipment to Collect | 03/01/2016 | One |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on counts(s) _____ and is discharged as to such count(s).

☐ Count(s) _____ (are) dismissed on the motion of the United States.

☐ Indictment is to be dismissed by District Court on motion of the United States.

☐ Appeal rights given.          ☑ Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

03/01/2016
Date of Imposition of Judgment

*Jennifer L. Thurston* (signature)
Signature of Judicial Officer

Jennifer L. Thurston, U.S. Magistrate Judge
Name & Title of Judicial Officer

7/25/16
Date

CASE NUMBER: 5:16-cr-00003-JLT
DEFENDANT: Daniel F. Mitchener

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: $ | 10.00 | 490.00 | |

☐ The defendant must make restitution to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

**Name of Payee**                                        **Total Loss**

## SCHEDULE OF PAYMENTS

Total Amount of  $ 500.00       shall be paid within   6 months       OR payments of $_____

per month, commencing _____  and due on the _____ of each month until

PAID IN FULL-note late payments could be subject to late/delinquent charges imposed by C.V.B.

**Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

☑ CENTRAL VIOLATIONS BUREAU
PO Box 71363
Philadelphia, PA 19176-1363
1-800-827-2982

☐ CLERK U.S.D.C.
501 "I" St., #4-200
Sacramento, CA 95814

☐ CLERK U.S.D.C
2500 Tulare St., Rm 1501
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received

### OTHER

Motorized equipment to be returned to defendant upon full payment of fine.

=